IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAFFE & HOUGH, P.C.,** : | |
|      **Plaintiff,** : | |
|     v. : | CIVIL NO. 09-3000 |
| : | |
| **LAURA AND MICHAEL BAINE,** : | |
|      **Defendants.** : | |

### ORDER

**AND NOW,** this 10th day of March, 2010, upon consideration of Defendants' Motion to Dismiss [Doc. No. 2] and Plaintiff's Response in Opposition [Doc. No. 5], it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1) Defendants' Motion to Dismiss for failure to state a breach of contract claim is **GRANTED**. Plaintiff's breach of contract claim, found in paragraphs 26 through 30 of its Complaint [Doc. No. 1], is **DISMISSED** without prejudice; and

2) All other claims made by Defendants in their Motion to Dismiss are **DENIED**. Plaintiff's claim for quantum meruit remains before this Court.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**